# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

RECEIVED

2006 DEC 27 A 10: 07

2:06CV 1138-M HT

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

Inmate Identification Number: _125975_

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

_____

(Enter above the full name(s) of the plaintiff(s)
in this action)  JERRY LEON StephENSON

vs.

BUCCANEER Homes DIV OF CAVALIER HomES
HAMILTON AlAbAMA

DENiSE Harris

StrATegic comp. Alpharetta GA

JonAthAN Frederick

(Enter above full name(s) of the defendant(s)
in this action)

---

I.    **Previous lawsuits**

    A.    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )        No ( )

    B.    If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.    Parties to this previous lawsuit:

          Plaintiff(s):    _____

          Defendant(s):    _____

          _____

2.  Court (if Federal Court, name the district; if State Court, name the county)

_____

3.  Docket number _____

4.  Name of judge to whom case was assigned    _____

_____

5.  Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?)    _____

_____

6.  Approximate date of filing lawsuit    _____

_____

7.  Approximate date of disposition    _____

II.  Place of present confinement    _____

A.  Is there a prisoner grievance procedure in this institution?
Yes  (   )          No  ( ✓ )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes  (   )          No  ( ✓ )

C.  If your answer is YES:

1.  What steps did you take? Reported My iNjuree To SergaNt HolcomE At HamiltoN workRelease

2.  What was the result? _____

_____

D.  If your answer is NO, explain why not? They would Not helpme with This problem. Told ME To HAvE A AttorNey.

_____

2

III. **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Jerry Stephenson

Address 1401 Highway 20 East
Decatur Alabama 35601

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Denise Harris - Jonathan Frederick

is employed as Buccaneer Homes Division of

at Cavalier Homes

C. Additional Defendants Witness Lynn Martin Larry Awelder

Workman Comp

P.J. Hayes

IV. **Statement of Claim** I Have 2 Witness

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

May-11-06 I worked At Buccaneer Homes I Hurt The Right Side of My Neck An Sholder. I Reported The Accident To Sgt Halcomb At Hamilton Work-Release He Sent To To Hamilton A-I For Treatment

3

ALL They would give me WAS TYNOLS AN They UP SET MY STomAC. THEN I WENT To Dr. John KErr At HAMiLTon MEdical CENTER WHET I WAS TReATEd Took physical Therpy AN diFFerent kinds oF MEdicAN For MY NECK AN Shoulder. I SPENt ALL of my MoNey OFFOUT MY AccouNt To PAY MY MEdicAL BiLLs.

V.    **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I WANT THEm To PAY ME For ALL my MoNEY I SPENt ON BiLL AN For my TiME OFF. AN PAY ME For PAIN — SufFEring. I NEEd A opERAtion but I don't hAVE THE MoNEy To PAY. I Am IN REAL PAIN.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
_____
_____

_____
Signature(s)

4

PAGE
5

I Contacted DENISE HARRIS
About the problem - SHe Would Not
ANSWer back
They Denied my WorkMas Comp Said
Dr Kerr would Not SENT THEM MEDical
RECords,
Dr. KEN ordErd A MRI They REFUESED
To pay for ONE I did Not HAVE THE
MONEY.
I AM At THE DECATUR WorK RELEASE
Still HAVing problems with my
Neck AN Shoulder
LYNN MARTIN - Carry is A welder
ThErE Signed StAtEMENT I got
Hurt ON doing my Job At BUCCANEER.
THEy NEVER Told ME To go To A Compan doctor

      I AM SENding you Copies
Of All my PAPers Work I
Got.

            THANKyou VErY
Much

            Jerry Stephenson
            125975

OVEr oN BAck

Page-6

Paper Work From Work Man Comp
Saying They Denied Me But DR. Kern
Said They Never Contacted his office
About my Medical ~~BB~~ Files.

I sent some of my Medical Bills
To P. I. Hayes Workman Comp
Lady But i still have More.

I wrote Mrs Harris Several Times
About a Copy of The Statement
That was Signed by Lynn Martin —
Larry He is A Welder They witness
The Accident An Signed A Statement
To That Fact.

Would you Please Give
Me Some Relief from This
Problem, Because I can't get no
Respond From Them That is why
I Am Filing A Law Suit.

To whom This May Cocern

I Am 55yrs old Hurting Real bad
My Name is Jerry Stephenson on
May 11-2006 i was working At
Buccaneer Homes Hamilton A1A
Started working There in August-2005
Hurt my Neck-Right Shoulder Lifting
Axels-Frames went to Hamilton R-I
For Medical Att they gave me Tynols
which up set my stoumac,
I went to Sgt. Halcomb He made
me Appoment with Dr John Kerr At
Hamilton Medical Center
I filed For work man comp For The
Accident they denied me because they
Said Dr. Kerr office woud not send
them my medical Records they Lied
they never contacted him About my Medical
Records,
I Took phyical Therpy did no good,
I spent All The Money off my books
for my Medical Bills- Medication,
Thedoctorodered me A M-R-I which I
Had the Money then but they Refuese
To Let me Take it.
They Talked sgt. HAlcomb He Never did do
Anything About The Problem.

I AM on MEDICATION FOR MY NECK
I THURT REAL BAD CANT HARDLY MOVE
MY HEAD,
HAMILTON A-I SUPPOSE TO GIVE ME
MEDICATION BUT THEY DON'T I AM TAKING
BC-goodypower FOR MY PAIN.
I got TO MEN THAT WORK WITH ME
AT BUCCANEER HOME SIGNED STATEMENTS
THAT I got HURT ON THE JOB.
I CANT MOVE MY NECK it HURT SO
BAD.
I HAVE CONTACTED DENISE HARRIS
HUMAN RESOURCE AT BUCCANEER About
COPIES OF THE STATEMENTS SHE REFUESED
TO GIVE THEM TO ME.
THE 2-MEN NAMES is LYNN MARTIN —
LARRY HE IS A WELDER THEY NO I got HURT
I AM in PAIN CANT get NO HELP BECAUSE
I AM LOCKED UP in PRISON.
I AM SENDing you COPIES OF THE doctor
REPORT,
THEY MAid ME go bACK TO WORK in OCTOBER
Light duty BUT I STILL CANT MOVE MY NECK
it HURT REAL BAD.
I AM TRYING TO get COPIES OF MY medical
BILLS TO SEND YOU,

NEED YOU TO SUE THEM FOR MY INJURIE

I NEED A OPERATION ON MY NECK it
IS REAL STIFF it HURT ME TO SLEEP AT
Night.

YOU CAN CONTACT DENISE HARRIS
AT BUCCANEER HOMES ABOUT THE
Signed STATEMENT I CANT GET NO
RESPOND FOR ON HER

PLEASE REVIEW THESE FACTS
AN LET ME KNOW SOMEthing
SOON AS POSSIBLE

THANK YOU FOR YOUR
TIME,
I HAVE SOME MORE PAPER
WORK.
WOULD YOU PLEASE TAKE MY CASE
SEND SOME ONE TO TALK TO ME.

Jerry Stephenson
123975

I NEED HELP REAL BAD.
OVER ON BACK SIDE?

Doctor KERR ordered A M-R-I To
deterMAN The EXTENT OF The INJURY
Still HAVE NOt HAd ONE yeT?



August 1, 2006

Jerry Stephenson
1826 Bexar Ave East
Hamilton, AL 35570

RE:  Alabama Workers Compensation Claim
     Client:     Cavalier Homes
     DOA:        05-11-06
     Claim #     564-533387

Dear Mr. Stephenson:

Please be advised that I am the adjuster on your above alleged workers compensation
claim.

I have investigated your claim for compensation, your claim is being **denied** as you have
been treated with your personal doctor and his is being non-cooperative in giving us any
medical records.   We are contesting that the injury happened on the job.

Please have all medicals filed under your group health insurance.

If you have any questions, please feel free to contact me at 866-680-2904.

Sincerely,


P. J. Hayes
In-house Claims Specialist
Strategic Comp Services, Inc.

CC:   Jonathan Frederick --- via email
      Cavalier Homes



June 28, 2006

Jerry Stephenson
1826 Bexar Avenue East
Hamilton, AL 35570

RE:    Alabama Workers Compensation Claim
       Client:       Cavalier Homes
       DOA:          05-11-06
       Claim #       564-533387

Dear Mr. Stephenson:

Please be advised that I am the current adjuster on your alleged workers compensation claim. I have tried to contact you and have been unsuccessful.

Please contact me at within the next 14 days so that we can discuss your current workers compensation claim. I can be reached toll free at 866-680-2904. **Failure to contact me will only prolong my investigation time.**

Thanking you in advance for your cooperation in this matter.

Sincerely,

P. J. Hayes
In-House Claims Specialist
Strategic Comp Services, Inc.

1-800 467-7725   231.

**Hamilton Medical Clinic**
1336 Military Street South
P.O. Box 35
Hamilton, AL  35570
Telephone: 205-921-3153 Fax: 205-921-9990

August 4, 2006

Ms. P. J. Hayes
Inhouse Claims Specialist
Strategic Comp Services, Inc.
P.O. Box 1445
Alpharetta, GA  30009-1445

RE:  Jerry Stephenson
     1826 Bexar Ave E
     Hamilton, AL  35570

Dear Ms. Hayes:

I am looking at a letter you wrote to Mr. Jerry Stephenson on July 28, 2006, saying that I was not cooperating with your nurse case manager to obtain Mr. Stephenson's medical records.  My nurse has called and tried to work with you and we have not been successful.  If I need to send Mr. Stephenson's records to you, I am happy to do that.  We just have not known exactly what to do.

The folks at Work Release said they were working with you to get his MRI done.  We actually thought the ball was in their court since you had not corresponded with us on this matter.  I will send a copy of the different times he has been in my office along with this letter to you, and, hopefully, that will help with this situation.

Sincerely,

John M. Kerr, II, M.D.

Attachments
cc:  Jerry Stephenson

File Copy



July 28, 2006

Jerry Stephenson AIS #125975
Hamilton WIR Center
1826 Bexar Ave E
Hamilton, AL 35570

RE:     Alabama Workers Compensation Claim
        Client          Cavalier Homes
        DOA:            05-11-06
        Claim #         564-533387

Dear Mr. Stephenson:

This will acknowledge receipt of your letter dated July 18, 2006 along with the receipts
you have submitted for reimbursement.

Please be advised that I will keep this information on file. Once I have received all your
medical records from the treating physicians, I will be able to make a compensability
decision. At this point, Dr. Kerr is not cooperating with my nurse case manager to obtain
the records. Until I receive those records I cannot make an informed decision.

Thanking you in advance for your cooperation in this matter.

Sincerely,

*P. J. Hayes*

P. J. Hayes
In-House Claims Specialist
Strategic Comp Services, Inc.



Post Office Box 1445 ∘ Alpharetta, GA 30009-1445 ∘ 504.835.3390 ∘ 800.467.7725 ∘ Fax 504.828.5463 ∘ www.strategiccomp.com

Since 1992



June 29, 2006

Jerry Stephenson
1826 Bexar Ave East
Hamilton, AL. 35570

RE:   **DOI:**          **05/11/2006**
      **Employer:**     **Cavalier Homes**
      **Workers' Compensation Temporary Disability & Medical Benefits**

We recently received a First Report of Injury from your employer. As the carrier for your employer, we will conduct a prompt investigation. When the investigation is complete and your claim is deemed compensable, we will provide the benefits allowed by the Workers' Compensation Law. The claim number assigned is 564533387. It is important that you submit this number on all correspondence and tell your medical providers (doctors, pharmacists, etc.) to do the same. Your cooperation in providing requested information will help us to speed up the handling of your claim.

Below are some of the benefits provided on a compensable claim:

1.  The first 3 days of disability are considered a "waiting period". If you are disabled from work more than 3 days, you will be eligible to receive temporary total benefits, the amount of which is determined according to your average weekly wage. The compensation rate is 66 2/3% of your average weekly wage but may not exceed 100% of the State maximum rate on your accident date. If your disability extends to 21 days or more, the initial waiting period of 3 days will be paid.

2.  We will provide payment for **authorized** treatment you receive as a result of your injury. In accordance with the requirements of Section 25-5-77, patients must not be billed for medical services. If you receive a bill from a medical provider, please forward it to this office.

3.  Additionally, you are entitled to mileage reimbursement for travel to and from authorized medical providers. Please complete the enclosed mileage report form. Make sure you include your current address along with the claim number referenced above.

Should you have any questions or if I can assist you in any way regarding your claim, I can be reached at 1-866-680-2904 between the hours of 8:00 a.m. and 4:30 p.m., Monday through Friday.

Sincerely,

*PJ Hayes*
PJ Hayes
Claims Specialist

Enclosure

---





November 9, 2006

Jerry Stephenson
1826 Bexar Ave East
Hamilton, AL. 35570

RE:   **DOI:**        **05/11/2006**
        **Employer:**   **Cavalier Homes, Inc.**
        **Workers' Compensation Temporary Disability & Medical Benefits**

We recently received a First Report of Injury from your employer. As the carrier for your employer, we will conduct a prompt investigation. When the investigation is complete and your claim is deemed compensable, we will provide the benefits allowed by the Workers' Compensation Law. The claim number assigned is 564533387. It is important that you submit this number on all correspondence and tell your medical providers (doctors, pharmacists, etc.) to do the same. Your cooperation in providing requested information will help us to speed up the handling of your claim.

Below are some of the benefits provided on a compensable claim:

1.  The first 3 days of disability are considered a "waiting period". If you are disabled from work more than 3 days, you will be eligible to receive temporary total benefits, the amount of which is determined according to your average weekly wage. The compensation rate is 66 2/3% of your average weekly wage but may not exceed 100% of the State maximum rate on your accident date. If your disability extends to 21 days or more, the initial waiting period of 3 days will be paid.

2.  We will provide payment for **authorized** treatment you receive as a result of your injury. In accordance with the requirements of Section 25-5-77, patients must not be billed for medical services. If you receive a bill from a medical provider, please forward it to this office.

3.  Additionally, you are entitled to mileage reimbursement for travel to and from authorized medical providers. Please complete the enclosed mileage report form. Make sure you include your current address along with the claim number referenced above.

Should you have any questions or if I can assist you in any way regarding your claim, I can be reached at 1-800-355-0150 between the hours of 8:00 a.m. and 4:30 p.m., Monday through Friday.

Sincerely,

*Jennifer Benefield*
Jennifer Benefield
Claims Specialist

Enclosure



**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 1
Chart Document

**JERRY STEPHENSON**
Male  DOB:07/02/1951                    006730683                    Home: 2059219308

**06/02/2006 - Imaging Report: X-RAY:C-SPINE  5 VIEWS**
**Provider: JOHN KERR MD**
**Location of Care: Marion Regional Medical Center**

```
X-RAY:C-SPINE  5 VIEWS

RADIOLOGIST: James Bradley, MD

CERVICAL SPINE SERIES-6/2/06

HISTORY: PAIN.

FINDINGS: AP, LATERAL, OBLIQUE, PILLAR, ODONTOID AND ODONTOID TIP VIEWS ARE
OBTAINED.

DEGENERATIVE CHANGES ARE SEEN FROM C3 TO C7 WITH INTERSPACE NARROWING,
ANTERIOR AND POSTERIOR OSTEOPHYTES. THE ANTERIOR OSTEOPHYTES ARE QUITE LARGE
AT 4-5, 5-6 AND 6-7 LEVELS. THERE IS OSSEOUS ENCROACHMENT ON NEURAL EXIT
FORAMINA BILATERALLY FROM C3 TO C6.

IMPRESSION:
1. SIGNIFICANT MULTILEVEL DEGENERATIVE DISC DISEASE AND SPONDYLOSIS.

JB/JM
6/2/06
```

**Signed by JOHN KERR MD on 06/02/2006 at 4:38 PM**

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 2
Chart Document

**JERRY STEPHENSON**                                    Home: 2059219308
Male  DOB:07/02/1951                006730683

**High Blood Pressure:** Sibling
**Stroke:** Sibling
**Leukemia:** None
**Epilepsy:** None
**Asthma:** None

**SOCIAL HISTORY:**
He states getting adequate nutrition.
**Personal History:**
He is Single. Lives: alone. Independent with ADL's.  Employed full time.Visual aide: None. Hearing impaired: None. Denies any religious or cultural practices that we should be aware of.
**Home Environment:**
Electricity in home, Inside plumbing
**Health Habits:**
Smoking status: Current. He smokes 1 pack(s) of cigarette(s) per day. He has smoked for 30 year(s). Denies use of chewing tobacco. He is exposed to passive smoke. Denies use of caffeine. Denies drug use. He uses seatbelt.
**Social System:**

**Review of Systems:**
**Headaches:** No
**Sinus Problems:** No
**Eye or Vision Problems:** No
**Hearing Problems:** No
**Swallowing difficulties:** No
**Sore Throat:** No
**Chest Pain or Tightness:** No
**Shortness of Breath:** No
**Abdominal Pain:** No
**Food intolerance:** No
**Poor Appetite:** No
**Fatigues easily:** No
**Fever:** No
**Diarrhea:** No
**Constipation:** No
**Blood in stool:** No
**Urinary difficulties:** No
**Nerve Problems:** No
**Skin Problems:** No
**Arthritis or Joint Pain:** Yes
comments: neck pain
**Back problems:** No
**Easy Bleeding:** No
**Swelling of legs:** No
**Going to sleep driving:** No
**Weight loss or gain:** No

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 3
Chart Document

**JERRY STEPHENSON**
Male  DOB:07/02/1951                    006730683
Home: 2059219308

**Weight loss or gain:** No

**Dietary History:**
**Daily caffeine consumption:** No

**Physical Exam:**
**General:** WDWNAM who appears in some discomfort and keeps his head and neck pretty straight.

**Assessment**
PROBABLE CERVICAL DISC DISEASE;  POSSIBLY DEGENERATIVE DISC DISEASE,
DEGENERATIVE JOINT DISEASE WITH RADICULOPATHY TO THE RIGHT SIDE.

**Plan**

**Updated Medication List:**
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth two times a day
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn
ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain

**Planning Comments:**

1. We will refill his medicines.
2. Give him 1 cc Decadron IM.
3. We will dictate a letter to the one that sent him a letter.
-------JMK/wb

Above impression and plan discussed with patient. Expressed understanding and agreement.

**Signed by JOHN KERR MD on 09/25/2006 at 9:40 AM**

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 4
Chart Document

| JERRY STEPHENSON | | Home: 2059219308 |
|---|---|---|
| Male  DOB:07/02/1951 | 006730683 | |

1.  **We will refill his medicines**
2.  **Reschedule his MRI and then I will see him a day or two after he gets the MRI**

**Disposition:** return to clinic in a few days
Above impression and plan discussed with patient. Expressed understanding and agreement.


**Signed by JOHN KERR MD on 07/19/2006 at 10:03 AM**

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 1
Chart Document

| JERRY STEPHENSON | | Home: 2059219308 |
|---|---|---|
| Male  DOB:07/02/1951 | 006730683 | |

**10/04/2006 - Office Visit: Office Visit**
**Provider: JOHN KERR MD**
**Location of Care: Hamilton Medical Clinic**

## History of Present Illness
**History from:** patient
**Reason for visit:** see chief complaint
**Chief Complaint:** needs release to go back to work
**History of Present Illness:**  Mr. Stephenson is a 55 year old black male who presents today he would like a written statement saying he can go back to work,  he said if he is not able to go back to work they are going to send him back to Limestone.  Right now he is out on the road working for free.  He went to A & I yesterday got a shot and he is better today.  Said they had set him up for an MRI in 3 weeks.

## Nursing Intake
**Vital Signs**
Wt: **188** lbs.  T: **97.6** Deg F.  P: **87**  R: **20**  BP:**148/79**
**Chief Complaint:** needs release to go back to work
Right hand dominance
**Allergies:** No Known Allergies

## Health Maintenance
Patient declines PSA check this visit, increased risk of prostate cancer with elevated PSA level explained.
Patient declines prostate exam this visit, risk of prostate cancer explained.
Patient declines to receive Tetanus vaccine, risk of complications explained.
Patient declines to receive Flu vaccination, risk of the flu explained.
Patient declines to have rectal exam done, risk of colon cancer explained.
Patient declines to obtain stool specimens, risk of colon cancer explained.
Patient refuses to schedule sigmoidoscopy, risk of colon cancer explained.
Patient refuses to schedule colonoscopy, risk of colon cancer explained.
Patient declines to have lab work drawn, complications of coronary artery disease explained.
## PAST MEDICAL HISTORY
**Surgical History:**
 ankle

**Hospitalizations/Illnesses:**

## Family History
Family Hx reviewed this visit, no changes
**TB:** None
**Diabetes:** Mother
**Heart Attack:** Sibling
**Cancer:** None
**High Blood Pressure:** Sibling
**Stroke:** Sibling

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 2
Chart Document

| JERRY STEPHENSON | | Home: 2059219308 |
|---|---|---|
| Male  DOB:07/02/1951 | 006730683 | |

**SOCIAL HISTORY:**
He states getting adequate nutrition. He is on a Regular diet. Denies any sudden weight loss. Denies sudden weight gain. States no exercise.
**Personal History:**
He is Single. Lives: alone. Independent with ADL's.  Employed full time.Denies any religious or cultural practices that we should be aware of.
**Home Environment:**
Electricity in home, Inside plumbing
**Health Habits:**
Smoking status: Current. He smokes 1 pack(s) of cigarette(s) per day. Denies use of chewing tobacco. He is exposed to passive smoke. Denies use of caffeine. Denies drug use. He uses seatbelt. Denies alcohol use.
**Social System:**
He denies having stress at home. Denies having anxiety. Denies having problem with depression. Denies having mood swings.


**Review of Systems:**
**Headaches:** No
**Sinus Problems:** No
**Eye or Vision Problems:** No
**Hearing Problems:** No
**Swallowing difficulties:** No
**Sore Throat:** No
**Chest Pain or Tightness:** No
**Shortness of Breath:** No
**Abdominal Pain:** No
**Food intolerance:** No
**Poor Appetite:** No
**Fatigues easily:** No
**Fever:** No
**Diarrhea:** No
**Constipation:** No
**Blood in stool:** No
**Urinary difficulties:** No
**Nerve Problems:** No
**Skin Problems:** No
**Arthritis or Joint Pain:** No
**Back problems:** Yes
comments: neck pain
**Easy Bleeding:** No
**Swelling of legs:** No
**Going to sleep driving:** No
**Weight loss or gain:** No


**Dietary History:**
**Daily caffeine consumption:** No

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 3
Chart Document

| JERRY STEPHENSON | | Home: 2059219308 |
|---|---|---|
| Male  DOB:07/02/1951 | 006730683 | |

**Physical Exam:**
**Neck:** He is still kind of holding his neck stiff and a little bit to the right side.

**Assessment**
PROBABLE CERVICAL DISC DISEASE IMPROVED

**Plan**

**Updated Medication List:**
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth two times a day
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn
ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain

**Planning Comments:**

1.  **I will give him a statement saying he can go back to work.**
-----JMK/wb

Above impression and plan discussed with patient. Expressed understanding and agreement.

**Signed by JOHN KERR MD on 10/17/2006 at 1:10 PM**

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 4
Chart Document

**JERRY STEPHENSON**                                                    Home: 2059219308
Male  DOB:07/02/1951                              006730683

PREDNISONE TABS 5 MG (PREDNISONE) take 6 tablets the first day and then decrease by 1 tablet every day

## Planning Comments:

1. The x-ray of his neck shows degenerative disc disease and spondylosis of the cervical spine.
2. Prednisone 5 mg.  we will start with 6 in the morning then decrease X 1 a day.
3. Give him 1 cc Decadron IM again.
4. Get him in with physical therapy.
5. We will check again in another 2 weeks.
6. He really does want to go to work, he says those folks out there are going to fine him if he doesn't go to work.  He wants to try light duty.  So we will give him an excuse and say may return to work in 3 days with light duty.
7. We will put the restrictions to say no bending,  no working over his head and not to pick up over 5 lbs. with the right upper extremity.
-------JMK/wb


Signed by JOHN KERR MD on 06/30/2006 at 11:18 AM

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 4
Chart Document

**JERRY STEPHENSON**                                                            Home: 2059219308
Male  DOB:07/02/1951                        006730683

**Updated Medication List:**
PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take
with 2 ex strength tylenol
STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle
spasms
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth twice a day

## Planning Comments:

1. His x-rays show degenerative disc disease,  degenerative joint disease,  spondylosis grade I.
2. We will get an MRI of his cervical spine.
3. Refill his medicines, of course not his steroid.
4. See him again in a week.
5. We will also try to get  him some physical therapy for his neck.  He said he has already been
going to physical therapy so it doesn't look like that is helping much.
6. We will give him 60 Naprosyn 500 b.i.d.  as well as the Staflex and Ultram.
-------JMK/wb

I have talked to Capt.  Gates who said if we could make his medicine so that he would take it at pill
call in the early morning and late evening,  then that would get around him saying he was too
drowsy to come in at 8:00 O'clock in the evenings.
----JMK/wb

Above impression and plan discussed with patient. Expressed understanding and agreement.


**Signed by JOHN KERR MD on 07/06/2006 at 11:46 AM**

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 3
Chart Document

| JERRY STEPHENSON | | Home: 2059219308 |
|---|---|---|
| Male  DOB:07/02/1951 | 006730683 | |

## Physical Exam:

**General:** WDWNAM who talked with a kind of a hoarse voice and has a scowl on his face like he is uncomfortable.

**Neck:** When I try to move his head passively his neck is stiff.

**Neurological:** When I try to get grips, biceps, triceps they are essentially equal but he doesn't really pull or push very hard or grip very hard either way.  Says he is cold and numb in the right hand on and off when he grips his hands.  Sometimes he will get cramps.

## Prescriptions:

NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth twice a day  #60 x 0
    Entered by:    MELISSA MCCRACKEN LPN
    Authorized by:  JOHN KERR MD
    Signed by:    MELISSA MCCRACKEN LPN on 06/30/2006
    Method used:  Print then Give to Patient
STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle spasms #30 x 1
    Entered by:    MELISSA MCCRACKEN LPN
    Authorized by:  JOHN KERR MD
    Signed by:    MELISSA MCCRACKEN LPN on 06/30/2006
    Method used:  Print then Give to Patient
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take with 2 ex strength tylenol  #60 x 0
    Entered by:    MELISSA MCCRACKEN LPN
    Authorized by:  JOHN KERR MD
    Signed by:    MELISSA MCCRACKEN LPN on 06/30/2006
    Method used:  Print then Give to Patient
PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day  #40 x 0
    Entered by:    MELISSA MCCRACKEN LPN
    Authorized by:  JOHN KERR MD
    Signed by:    MELISSA MCCRACKEN LPN on 06/30/2006
    Method used:  Print then Give to Patient

## Assessment

NECK PAIN POSSIBLY SOME RADICULOPATHY INTO THE RLE

## Plan

NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth twice a day  #60 x 0 : MELISSA MCCRACKEN LPN (06/30/2006)
STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle spasms  #30 x 1 : MELISSA MCCRACKEN LPN (06/30/2006)
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take with 2 ex strength tylenol  #60 x 0 : MELISSA MCCRACKEN LPN (06/30/2006)
PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day  #40 x 0 : MELISSA MCCRACKEN LPN (06/30/2006)

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 2
Chart Document

**JERRY STEPHENSON**                                                Home: 2059219308
Male  DOB:07/02/1951                    006730683

**Leukemia:** None
**Epilepsy:** None
**Asthma:** None

**SOCIAL HISTORY:**
He states getting adequate nutrition.
**Personal History:**
He is Single. Lives: alone. Independent with ADL's.  Employed full time.Visual aide: None. Hearing impaired: None. Denies any religious or cultural practices that we should be aware of.
**Home Environment:**
Electricity in home, Inside plumbing
**Health Habits:**
Smoking status: Current. He smokes 1 pack(s) of cigarette(s) per day. He has smoked for 30 year(s). Denies use of chewing tobacco. He is exposed to passive smoke. Denies use of caffeine. Denies drug use. He uses seatbelt.
**Social System:**

**Review of Systems:**
**Headaches:** No
**Sinus Problems:** No
**Eye or Vision Problems:** No
**Hearing Problems:** No
**Swallowing difficulties:** No
**Sore Throat:** No
**Chest Pain or Tightness:** No
**Shortness of Breath:** No
**Abdominal Pain:** No
**Food intolerance:** No
**Poor Appetite:** No
**Fatigues easily:** No
**Fever:** No
**Diarrhea:** No
**Constipation:** No
**Blood in stool:** No
**Urinary difficulties:** No
**Nerve Problems:** No
**Skin Problems:** No
**Arthritis or Joint Pain:** Yes
comments: neck pain
**Back problems:** No
**Easy Bleeding:** No
**Swelling of legs:** No
**Going to sleep driving:** No
**Weight loss or gain:** No

**Dietary History:**

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 1
Chart Document

**JERRY STEPHENSON**
Male  DOB:07/02/1951                    006730683                    Home: 2059219308

**06/02/2006 - Office Visit: Acute Office Visit**
**Provider: JOHN KERR MD**
**Location of Care: Hamilton Medical Clinic**

## History of Present Illness
**Chief Complaint:** neck pain has been using motrin and his stomach is upset
**History of Present Illness:** He was working at Buccaneer,  he has to pick up some heavy stuff and 2 weeks ago he started hurting a lot in the right neck and down into the right arm and his hand feels cold and numb.  He has been to evidently Dr. Tomescu at A & I twice and he just had him on Motrin and Tylenol and he said he got his tummy upset but didn't help his arm or neck at all.

## Nursing Intake
**Vital Signs**
Wt: **188** lbs.  T: **97.1** Deg F.  P: **62**  R: **20**  BP:**162/92**
**Chief Complaint:** neck pain has been using motrin and his stomach is upset
Right hand dominance

## PAST MEDICAL HISTORY
**Surgical History:**
 ankle

**Hospitalizations/Illnesses:**

## Physical Exam:
**General:** WDWNAM who appears uncomfortable and when I went to shake his hand he didn't use his right hand, used the left hand.
**Neck:** Is rather stiff but is tender on the right.  He has tenderness and spasm in the right posterior shoulder to neck area.  It hurts him for me to passively abduct his right arm.
**Neurological:** His strength seems pretty equal in the grips and triceps and biceps but it didi hurt him when he tried to show me the strength in his biceps.

## Prescriptions:
STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle spasms  #30 x 1
    Entered by:    MELISSA MCCRACKEN LPN
    Authorized by:  JOHN KERR MD
    Signed by:      MELISSA MCCRACKEN LPN on 06/02/2006
    Method used:    Print then Give to Patient
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take with 2 ex strength tylenol  #60 x 0
    Entered by:    MELISSA MCCRACKEN LPN
    Authorized by:  JOHN KERR MD
    Signed by:      MELISSA MCCRACKEN LPN on 06/02/2006
    Method used:    Print then Give to Patient

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 4
Chart Document

**JERRY STEPHENSON**                                              Home: 2059219308
Male  DOB:07/02/1951                        006730683

2. **We will give him a shot of Decadron 4 mg. and DepoMedrol 40 mg. today.**
3. **Refill his Ultram, Staflex and Naprosyn.**
4. **Send all of his medical records in to Ms. P. J. Hayes.**
5. **I would probably be a good  idea for him to just come back in a week because if we have his MRI he needs to know what his MRI said.  If we haven't got his MRI we need to try to push more to try to get it done.**
**------JMK/wb**

Above impression and plan discussed with patient. Expressed understanding and agreement.

**Signed by JOHN KERR MD on 08/28/2006 at 9:54 AM**

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153 Fax: 205-921-9990

*October 20, 2006*
Page 3
Chart Document

| JERRY STEPHENSON | Home: 2059219308 |
|---|---|
| Male DOB:07/02/1951    006730683 | |

## Physical Exam:
**General:** WDWNAM who looks like he is uncomfortable, has a scowl on his face.
**Neck:** Stiff and sore and he is tender right neck and into the right posterior shoulder area.

## Prescriptions:
ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain  #30 x 5
    Entered and Authorized by:    JOHN KERR MD
    Signed by:    JOHN KERR MD on 09/07/2006
    Method used:    Print then Give to Patient
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn  #30 x 5
    Entered and Authorized by:    JOHN KERR MD
    Signed by:    JOHN KERR MD on 09/07/2006
    Method used:    Print then Give to Patient
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth two times a day  #60 x 5
    Entered and Authorized by:    JOHN KERR MD
    Signed by:    JOHN KERR MD on 09/07/2006
    Method used:    Print then Give to Patient

## Assessment
CERVICAL DISC DISEASE WITH MUSCLESPASM RIGHT NECK AND SHOULDER;
RADICULOPATHY ON THE RIGHT

## Plan

ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain  #30 x 5 :
JOHN KERR MD (09/07/2006)
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn  #30 x 5 :
JOHN KERR MD (09/07/2006)
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth two times a day  #60 x 5 : JOHN KERR MD
(09/07/2006)

## Updated Medication List:
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth two times a day
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn
ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain
DECADRON SOLN 4 MG/ML (DEXAMETHASONE SODIUM PHOSPHATE) IM R GM  #23 x 1 inch
needle. After 15 min., no reaction noted . Pt released..MELISSA MCCRACKEN LPN  September 7,
2006

## Planning Comments:

1. We are going to refill his medicine.
2. Schedule him for an MRI.
3. Also Jerry was thinking that we had not sent in the information to workmen's comp. but we had
sent it in and workmen's had not even asked for the information until they had already sent him a

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 2
Chart Document

JERRY STEPHENSON
Male  DOB:07/02/1951                      006730683                      Home: 2059219308

**SOCIAL HISTORY:**
He states getting adequate nutrition.
**Personal History:**
He is Single. Lives: alone. Independent with ADL's.  Employed full time.Visual aide: None. Hearing
impaired: None. Denies any religious or cultural practices that we should be aware of.
**Home Environment:**
Electricity in home, Inside plumbing
**Health Habits:**
Smoking status: Current. He smokes 1 pack(s) of cigarette(s) per day. He has smoked for 30 year(s).
Denies use of chewing tobacco. He is exposed to passive smoke. Denies use of caffeine. Denies drug
use. He uses seatbelt.
**Social System:**


# Review of Systems:
**Headaches:** No
**Sinus Problems:** No
**Eye or Vision Problems:** No
**Hearing Problems:** No
**Swallowing difficulties:** No
**Sore Throat:** No
**Chest Pain or Tightness:** No
**Shortness of Breath:** No
**Abdominal Pain:** No
**Food intolerance:** No
**Poor Appetite:** No
**Fatigues easily:** No
**Fever:** No
**Diarrhea:** No
**Constipation:** No
**Blood in stool:** No
**Urinary difficulties:** No
**Nerve Problems:** No
**Skin Problems:** No
**Arthritis or Joint Pain:** Yes
comments: neck
**Back problems:** No
**Easy Bleeding:** No
**Swelling of legs:** No
**Going to sleep driving:** No
**Weight loss or gain:** No

# Dietary History:
**Daily caffeine consumption:** No

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 1
Chart Document

**JERRY STEPHENSON**
Male  DOB:07/02/1951                    006730683

Home: 2059219308

**09/21/2006 - Office Visit: Office Visit**
**Provider: JOHN KERR MD**
**Location of Care: Hamilton Medical Clinic**

## History of Present Illness
**History from:** patient
**Reason for visit:** see chief complaint
**Chief Complaint:** neck pain
**History of Present Illness:**  Mr. Stephenson is a 55 year old black male who presents today,  he has a letter of denial saying  he was not originally filed as a workmen's comp and said his diagnosis was not work related.  He is still hurting,  needs some more medicine,  said the shots do seem to help some.  He was here last a couple of weeks ago.

## Nursing Intake
**Vital Signs**
Wt: **187** lbs.  T: **98.1** Deg F.  P: **82**  R: **20**  BP:**134/82**
**Chief Complaint:** neck pain
Right hand dominance
**Allergies:** No Known Allergies

## Pain Assessment:
**Current Pain:** yes
**Location of pain:** neck
**Description of pain:** constant
**Verbal pain scale:** 2

## Health Maintenance
Patient declines PSA check this visit, increased risk of prostate cancer with elevated PSA level explained.
Patient declines prostate exam this visit, risk of prostate cancer explained.
Patient declines to receive Tetanus vaccine, risk of complications explained.
Patient declines to have rectal exam done, risk of colon cancer explained.
Patient declines to obtain stool specimens, risk of colon cancer explained.
Patient refuses to schedule sigmoidoscopy, risk of colon cancer explained.
Patient refuses to schedule colonoscopy, risk of colon cancer explained.
Patient declines to have lab work drawn, complications of coronary artery disease explained.
## PAST MEDICAL HISTORY
**Surgical History:**
 ankle

**Hospitalizations/Illnesses:**

## Family History
Family Hx reviewed this visit, no changes
**TB:** None
**Diabetes:** Mother
**Heart Attack:** Sibling

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 1
Chart Document

**JERRY STEPHENSON**                                                           Home: 2059219308
Male  DOB 07/02/1951                              006730683

**07/12/2006 - Office Visit: Office Visit**
**Provider: JOHN KERR MD**
**Location of Care: Hamilton Medical Clinic**

## History of Present Illness
**History from:** patient
**Reason for visit:** see chief complaint
**Chief Complaint:** follow up on neck pain
**History of Present Illness:** Mr. Stephenson is a 55 year old black male who presents today with follow up on neck pain.  Pt has not had MRI of cervical spine.  Because work release will not let pt withdraw that much money from his account at one time.  Work release told pt that he should wait and let workers comp pay for test.  Pt stated he was still in alot of pain.

He has been having trouble with the w/c paper work.  I had just now gave him his numbers and we already had him an appointment to have an MRI done 2 days ago and someone had even called me about him and wondered if he needed to go on and get it then, did he need to go to work.  I told him that he needed to go on and get the test done but he didn't get it done.  He has his numbers with him now so we will go ahead and call them.  He says he is just turning and tossing at night and just hurting so much and he is out of pain medicine and other medicines and he wants to get refills.

## Nursing Intake
**Vital Signs**
Wt: **179** lbs.  T: **99.1** Deg F.  P: **99**  R: **18**  BP:**158/92**
**Chief Complaint:** follow up on neck pain
Right hand dominance
**Allergies:** No Known Allergies

## Health Maintenance
Patient declines PSA check this visit, increased risk of prostate cancer with elevated PSA level explained.
Patient declines prostate exam this visit, risk of prostate cancer explained.
Patient declines to receive Tetanus vaccine, risk of complications explained.
Patient declines to have rectal exam done, risk of colon cancer explained.
Patient declines to obtain stool specimens, risk of colon cancer explained.
Patient refuses to schedule sigmoidoscopy, risk of colon cancer explained.
Patient refuses to schedule colonoscopy, risk of colon cancer explained.
Patient declines to have lab work drawn, complications of coronary artery disease explained.
## PAST MEDICAL HISTORY
**Surgical History:**
 ankle

## Hospitalizations/Illnesses:

## Family History
Family Hx reviewed this visit, no changes
**TB:** None
**Diabetes:** Mother
**Heart Attack:** Sibling
**Cancer:** None

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 4
Chart Document

**JERRY STEPHENSON**
Male  DOB:07/02/1951                    006730683                    Home: 2059219308

**letter saying  we were not cooperating  with them.**
**-------JMK/wb**


Above impression and plan discussed with patient. Expressed understanding and agreement.


**Signed by JOHN KERR MD on 09/21/2006 at 12:22 PM**

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 3
Chart Document

JERRY STEPHENSON
Male  DOB:07/02/1951                006730683                Home: 2059219308

**Daily caffeine consumption:** No

## Physical Exam:
**General:** WDWNAM who looks like he is in pain.
**Neck:** His neck is stiff.
**Neurological:** His right grip is a little decreased.  He has pretty good biceps and triceps strength.

## Prescriptions:
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth twice a day  #30 x 0
    Entered by:    MARLANA D FRANKS
    Authorized by:    JOHN KERR MD
    Signed by:    MARLANA D FRANKS on 08/04/2006
    Method used:    Print then Give to Patient
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day  #30 x 0
    Entered by:    MARLANA D FRANKS
    Authorized by:    JOHN KERR MD
    Signed by:    MARLANA D FRANKS on 08/04/2006
    Method used:    Print then Give to Patient
ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain  #30 x 0
    Entered by:    MARLANA D FRANKS
    Authorized by:    JOHN KERR MD
    Signed by:    MARLANA D FRANKS on 08/04/2006
    Method used:    Print then Give to Patient

## Assessment
CERVICAL DISC DISEASE WITH SOME RADICULOPATHY ON THE RIGHT SIDE.

## Plan

NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth twice a day  #30 x 0 : MARLANA D FRANKS
(08/04/2006)
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day  #30 x 0 :
MARLANA D FRANKS (08/04/2006)
ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain  #30 x 0 :
MARLANA D FRANKS (08/04/2006)

## Updated Medication List:
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth twice a day
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day
ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain

## Planning Comments:

1.  I still recommend the MRI of his neck.

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 2
Chart Document

**JERRY STEPHENSON**                                           Home: 2059219308
Male  DOB 07/02/1951                    006730683

**Cancer:** None
**High Blood Pressure:** Sibling
**Stroke:** Sibling
**Leukemia:** None
**Epilepsy:** None
**Asthma:** None

**SOCIAL HISTORY:**
He states getting adequate nutrition.
**Personal History:**
He is Single. Lives: alone. Independent with ADL's.  Employed full time.Visual aide: None. Hearing impaired: None. Denies any religious or cultural practices that we should be aware of.
**Home Environment:**
Electricity in home, Inside plumbing
**Health Habits:**
Smoking status: Current. He smokes 1 pack(s) of cigarette(s) per day. He has smoked for 30 year(s). Denies use of chewing tobacco. He is exposed to passive smoke. Denies use of caffeine. Denies drug use. He uses seatbelt.
**Social System:**

**Review of Systems:**
**Headaches:** No
**Sinus Problems:** No
**Eye or Vision Problems:** No
**Hearing Problems:** No
**Swallowing difficulties:** No
**Sore Throat:** No
**Chest Pain or Tightness:** No
**Shortness of Breath:** No
**Abdominal Pain:** No
**Food intolerance:** No
**Poor Appetite:** No
**Fatigues easily:** No
**Fever:** No
**Diarrhea:** No
**Constipation:** No
**Blood in stool:** No
**Urinary difficulties:** No
**Nerve Problems:** No
**Skin Problems:** No
**Arthritis or Joint Pain:** Yes
comments: neck
**Back problems:** No
**Easy Bleeding:** No
**Swelling of legs:** No
**Going to sleep driving:** No

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

JERRY STEPHENSON                                                                    Home: 2059219308
Male  DOB:07/02/1951                          006730683

**06/16/2006 - Office Visit: Office Visit**
**Provider: JOHN KERR MD**
**Location of Care: Hamilton Medical Clinic**

## History of Present Illness
**Chief Complaint:** Here for a recheck on his neck
**History of Present Illness:** He is back for a recheck.   He had been in about 2 weeks ago with a lot of pain in his right neck.  It had been going on for 2 weeks before he came then,  so it has been going on for a month now.

## Nursing Intake
**Vital Signs**
Wt: **182** lbs.  T: **96.9** Deg F.  T site: **tympanic**  P: **73**  Rhythm: **regular**  R: **20**  BP:**132/70**
**Chief Complaint:** Here for a recheck on his neck
**Clinical Lists**

Current Meds:
PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take with 2 ex strength tylenol
STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle spasms

**Allergies:** No Known Allergies

## Health Maintenance
Patient declines PSA check this visit, increased risk of prostate cancer with elevated PSA level explained.
Patient declines prostate exam this visit, risk of prostate cancer explained.
Patient declines to receive Tetanus vaccine, risk of complications explained.
Patient declines to have rectal exam done, risk of colon cancer explained.
Patient declines to obtain stool specimens, risk of colon cancer explained.
Patient refuses to schedule colonoscopy, risk of colon cancer explained.
Patient declines to have lab work drawn, complications of coronary artery disease explained.

## Family History
Family Hx Updated this visit
**TB:** None
**Diabetes:** Mother
**Heart Attack:** Sibling
**Cancer:** None
**High Blood Pressure:** Sibling
**Stroke:** Sibling
**Leukemia:** None
**Epilepsy:** None
**Asthma:** None

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 3
Chart Document

**JERRY STEPHENSON**                                                        Home: 2059219308
Male  DOB:07/02/1951                        006730683


## Dietary History:
**Daily caffeine consumption: No**


## Physical Exam:
**General:** he looks like he is uncomfortable; he is not using his right upper extremity; he is just kind of holding on to it


## Prescriptions:
ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain  #30 x 0
    Entered by:    MELISSA MCCRACKEN LPN
    Authorized by:  JOHN KERR MD
    Signed by:    MELISSA MCCRACKEN LPN on 07/12/2006
    Method used:   Print then Give to Patient
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day  #30 x 0
    Entered by:    MELISSA MCCRACKEN LPN
    Authorized by:  JOHN KERR MD
    Signed by:    MELISSA MCCRACKEN LPN on 07/12/2006
    Method used:   Print then Give to Patient
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth twice a day  #30 x 0
    Entered by:    MELISSA MCCRACKEN LPN
    Authorized by:  JOHN KERR MD
    Signed by:    MELISSA MCCRACKEN LPN on 07/12/2006
    Method used:   Print then Give to Patient


## Assessment
1.  Neck pain with radiculopathy on the right side

## Plan

ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain  #30 x 0 :
MELISSA MCCRACKEN LPN (07/12/2006)
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day  #30 x 0 :
MELISSA MCCRACKEN LPN (07/12/2006)
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth twice a day  #30 x 0 : MELISSA MCCRACKEN
LPN (07/12/2006)


## Updated Medication List:
NAPROSYN TABS 500 MG (NAPROXEN) 1 by mouth twice a day
STAFLEX 55-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day
ULTRAM 50 MG TAB (TRAMADOL HCL) 1 tablet by mouth every 4-6 hours as needed for pain

## Planning Comments:

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153 Fax: 205-921-9990

*October 20, 2006*
Page 2
Chart Document

JERRY STEPHENSON                                    Home: 2059219308
Male  DOB:07/02/1951                006730683

**Leukemia:** None
**Epilepsy:** None
**Asthma:** None

**SOCIAL HISTORY:**
He states getting adequate nutrition.
**Personal History:**
He is Single. Lives: alone. Independent with ADL's.  Employed full time. Visual aide: None. Hearing impaired: None.  Denies any religious or cultural practices that we should be aware of.
**Home Environment:**
Electricity in home, Inside plumbing
**Health Habits:**
Smoking status: Current. He smokes 1 pack(s) of cigarette(s) per day. He has smoked for 30 year(s). Denies use of chewing tobacco. He is exposed to passive smoke. Denies use of caffeine. Denies drug use. He uses seatbelt.
**Social System:**


**Review of Systems:**
**Headaches:** No
**Sinus Problems:** No
**Eye or Vision Problems:** No
**Hearing Problems:** No
**Swallowing difficulties:** No
**Sore Throat:** No
**Chest Pain or Tightness:** No
**Shortness of Breath:** No
**Abdominal Pain:** No
**Food intolerance:** No
**Poor Appetite:** No
**Fatigues easily:** No
**Fever:** No
**Diarrhea:** No
**Constipation:** No
**Blood in stool:** No
**Urinary difficulties:** No
**Nerve Problems:** No
**Skin Problems:** No
**Arthritis or Joint Pain:** Yes
**Back problems:** No
**Easy Bleeding:** No
**Swelling of legs:** No
**Going to sleep driving:** No
**Weight loss or gain:** No

**Dietary History:**
**Daily caffeine consumption:** No

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 1
Chart Document

**JERRY STEPHENSON**
Male DOB:07/02/1951                    006730683                    Home: 2059219308

**09/07/2006 - Office Visit: Office Visit**
**Provider: JOHN KERR MD**
**Location of Care: Hamilton Medical Clinic**

## History of Present Illness
**History from:** patient
**Reason for visit:** see chief complaint
**Chief Complaint:** neck pain
**History of Present Illness:**  Mr. Stephenson is a 55 year old black male who presents today,  he is still hurting in his neck,  workmen's denied him, said it was not a workmen's comp situation.  He is still hurting in his neck.  The medicine does help him whenever he is using it.  He says he would like to go on and get an MRI done.

## Nursing Intake
**Vital Signs**
Wt: **182** lbs.  T: **98.5** Deg F.  P: **96**  R: **20**  BP:**151/83**
**Chief Complaint:** neck pain
Right hand dominance
**Allergies:** No Known Allergies

## Health Maintenance
Patient declines PSA check this visit, increased risk of prostate cancer with elevated PSA level explained.
Patient declines prostate exam this visit, risk of prostate cancer explained.
Patient declines to receive Tetanus vaccine, risk of complications explained.
Patient declines to have rectal exam done, risk of colon cancer explained.
Patient declines to obtain stool specimens, risk of colon cancer explained.
Patient refuses to schedule sigmoidoscopy, risk of colon cancer explained.
Patient refuses to schedule colonoscopy, risk of colon cancer explained.
Patient declines to have lab work drawn, complications of coronary artery disease explained.
## PAST MEDICAL HISTORY
**Surgical History:**
 ankle

**Hospitalizations/Illnesses:**

## Family History
Family Hx reviewed this visit, no changes
**TB:** None
**Diabetes:** Mother
**Heart Attack:** Sibling
**Cancer:** None
**High Blood Pressure:** Sibling
**Stroke:** Sibling
**Leukemia:** None
**Epilepsy:** None
**Asthma:** None

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 3
Chart Document

**JERRY STEPHENSON**                                             Home: 2059219308
Male  DOB:07/02/1951                    006730683

**General:** WDWNAM who appears uncomfortable
**Neck:** He keeps his neck stiff.  When I try to move it passively it is just stiff and tender on the right.
**Neurological:** His grips are equal although not as strong as I think they should be.  His triceps and biceps are okay.  It does hurt his right neck/shoulder area with I am checking his biceps.

**Prescriptions:**
PREDNISONE TABS 5 MG (PREDNISONE) take 6 tablets the first day and then decrease by 1 tablet every day  #21 x 0
      Entered and Authorized by:      JOHN KERR MD
      Signed by:      JOHN KERR MD on 06/16/2006
      Method used:    Print then Give to Patient
STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle spasms  #30 x 1
      Entered and Authorized by:      JOHN KERR MD
      Signed by:      JOHN KERR MD on 06/16/2006
      Method used:    Print then Give to Patient
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take with 2 ex strength tylenol  #60 x 0
      Entered and Authorized by:      JOHN KERR MD
      Signed by:      JOHN KERR MD on 06/16/2006
      Method used:    Print then Give to Patient
PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day  #40 x 0
      Entered and Authorized by:      JOHN KERR MD
      Signed by:      JOHN KERR MD on 06/16/2006
      Method used:    Print then Give to Patient

**Assessment**
DEGENERATIVE DISC DISEASE OF THE CERVICAL SPINE;  SPONDYLOSIS CERVICAL SPINE

**Plan**

PREDNISONE TABS 5 MG (PREDNISONE) take 6 tablets the first day and then decrease by 1 tablet every day  #21 x 0 : JOHN KERR MD (06/16/2006)
STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle spasms  #30 x 1 : JOHN KERR MD (06/16/2006)
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take with 2 ex strength tylenol  #60 x 0 : JOHN KERR MD (06/16/2006)
PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day  #40 x 0 : JOHN KERR MD (06/16/2006)

**Updated Medication List:**
PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take with 2 ex strength tylenol
STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle spasms

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153 Fax: 205-921-9990

*October 20, 2006*
Page 2
Chart Document

**JERRY STEPHENSON**                                                     Home: 2059219308
Male  DOB:07/02/1951                          006730683

PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day  #40 x 0
    Entered by:    MELISSA MCCRACKEN LPN
    Authorized by:  JOHN KERR MD
    Signed by:    MELISSA MCCRACKEN LPN on 06/02/2006
    Method used:  Print then Give to Patient


**Assessment**
ACUTE STRAIN OF THE RIGHT SHOULDER/NECK AREA VS CERVICAL DISC DISEASE WITH
RADICULOPATHY INTO THE RLE

**Plan**

STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle
spasms  #30 x 1 : MELISSA MCCRACKEN LPN (06/02/2006)
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take
with 2 ex strength tylenol  #60 x 0 : MELISSA MCCRACKEN LPN (06/02/2006)
PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day  #40 x 0 : MELISSA MCCRACKEN
LPN (06/02/2006)


**Updated Medication List:**
PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take
with 2 ex strength tylenol
STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle
spasms
DECADRON SOLN 4 MG/ML (DEXAMETHASONE SODIUM PHOSPHATE) given with depo-medrol
40mg IM R GM  #23 x 1 inch needle.  After 15 min., no reaction noted .  Pt released..MELISSA
MCCRACKEN LPN  June  2, 2006
TORADOL IM SOLN 30 MG/ML (KETOROLAC TROMETHAMINE) Actual dose 60mg  IM L GM  #23 x 1
inch needle.  After 15 min., no reaction noted .  Pt released..MELISSA MCCRACKEN LPN  June  2, 2006

**Planning Comments:**

  1.  Decadron 4 mg., DepoMedrol 80 mg. IM
  2.  Prilosec 20 b.i.d. #40
  3.  Ultram #60 1 to 2 q.i.d. p.r.n. pain with Extra Strength Tylenol.
  4.  Staflex q.i.d. for musclespasm.
  5.  Toradol 60 mg. IM.
  6.  We will send him by x-ray at the hospital for an x-ray of his neck.
  7.  I will see him again in 2 weeks.
  8.  Since this is not being filed as workmen's comp.  we will give him an excuse for 2 weeks
whereas if it were being filed as workmen's comp. we would give him a light duty excuse just not
to be using his right arm.
  ------JMK/wb


Above impression and plan discussed with patient. Expressed understanding and agreement.

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 3
Chart Document

**JERRY STEPHENSON**                                                    Home: 2059219308
Male  DOB 07/02/1951                          006730683

**Signed by JOHN KERR MD on 06/17/2006 at 4:29 PM**

_____

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 2
Chart Document

**JERRY STEPHENSON**                                                    Home: 2059219308
Male  DOB:07/02/1951                    006730683

**SOCIAL HISTORY:**
He states getting adequate nutrition. He is on a Regular diet. Denies any sudden weight loss. Denies sudden weight gain. States no exercise.
**Personal History:**
He is Single. Lives: with roommate. Independent with ADL's.  Employed full time.Visual aide: None. Hearing impaired: None. Denies any religious or cultural practices that we should be aware of.
**Home Environment:**
Electricity in home, Inside plumbing
**Health Habits:**
Smoking status: Current. He smokes 1/2 pack(s) of cigarette(s) per day. He has smoked for 30 year(s). Denies use of chewing tobacco. He is exposed to passive smoke. Denies use of caffeine. Denies drug use. He uses seatbelt. Denies alcohol use.
**Social System:**
He denies having stress at home. Denies having anxiety. Denies having problem with depression. Denies having mood swings.


## Review of Systems:
**Headaches:** No
**Sinus Problems:** No
**Eye or Vision Problems:** No
**Hearing Problems:** No
**Swallowing difficulties:** No
**Sore Throat:** No
**Chest Pain or Tightness:** No
**Shortness of Breath:** No
**Abdominal Pain:** No
**Food intolerance:** No
**Poor Appetite:** No
**Fatigues easily:** No
**Fever:** No
**Diarrhea:** No
**Constipation:** No
**Blood in stool:** No
**Urinary difficulties:** No
**Nerve Problems:** No
**Skin Problems:** No
**Arthritis or Joint Pain:** No
**Back problems:** Yes
comments: neck pain radiating down into his back
**Easy Bleeding:** No
**Swelling of legs:** No
**Going to sleep driving:** No
**Weight loss or gain:** No


## Dietary History:
**Daily caffeine consumption:** No


## Physical Exam:

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 1
Chart Document

**JERRY STEPHENSON**                                                     Home: 2059219308
Male  DOB:07/02/1951                        006730683

**06/30/2006 - Office Visit: Office Visit**
**Provider: JOHN KERR MD**
**Location of Care: Hamilton Medical Clinic**

## History of Present Illness
**Chief Complaint:** Here for a follow up on his neck
**History of Present Illness:** Jerry says  he is worse than the was a couple of weeks ago.  Said the Prednisone seemed to help him a little bit.  Said he has been taking Goody's.  He ran out of his medicine.  Said the folks at work don't want him back until he is 100% okay and he can work normal.

He brought me something where he was written up in prison saying he missed a pill call because the medicine is making him go to sleep.  It seems that Jerry has 3 pill calls a day and if he doesn't go to pill call everytime he  gets written up.   The bottles of Ultram and Staflex say q.i.d. p.r.n. essentially and he doesn't have the choice to take it p.r.n.

## Nursing Intake
**Vital Signs**
Wt: **178** lbs.  T: **98.4** Deg F.  T site: **tympanic**  P: **88**  Rhythm: **regular**  R: **20**  BP:**138/94**
**Chief Complaint:** Here for a follow up on his neck
Right hand dominance
**Clinical Lists**

Current Meds:
PRILOSEC CPCR 20 MG (OMEPRAZOLE) 1 by mouth twice a day
ULTRAM 50 MG TAB (TRAMADOL HCL) 1-2 tablet by mouth every 4-6 hours as needed for pain take with 2 ex strength tylenol
STAFLEX 60-500 MG TABS (PHENYLTOLOXAMINE-APAP) 1 by mouth 4 times a day prn muscle spasms
PREDNISONE TABS 5 MG (PREDNISONE) take 6 tablets the first day and then decrease by 1 tablet every day

**Allergies:** No Known Allergies

## Health Maintenance
Patient declines PSA check this visit, increased risk of prostate cancer with elevated PSA level explained.
Patient declines prostate exam this visit, risk of prostate cancer explained.
Patient declines to receive Tetanus vaccine, risk of complications explained.
Patient declines to have rectal exam done, risk of colon cancer explained.
Patient declines to obtain stool specimens, risk of colon cancer explained.
Patient refuses to schedule sigmoidoscopy, risk of colon cancer explained.
Patient refuses to schedule colonoscopy, risk of colon cancer explained.
Patient declines to have lab work drawn, complications of coronary artery disease explained.
## PAST MEDICAL HISTORY
**Surgical History:**
 ankle

**Hospitalizations/Illnesses:**

**Hamilton Medical Clinic**
1336 Military Street South P.O. Box 35 Hamilton, AL 35570
205-921-3153  Fax: 205-921-9990

*October 20, 2006*
Page 1
Chart Document

**JERRY STEPHENSON**                                                    Home: 2059219308
Male  DOB:07/02/1951                         006730683

**08/04/2006 - Office Visit: Office Visit**
**Provider: JOHN KERR MD**
**Location of Care: Hamilton Medical Clinic**

### History of Present Illness
**History from:** patient
**Reason for visit:** see chief complaint
**Chief Complaint:** follow up on neck pain
**History of Present Illness:** Mr. Stephenson is a 55 year old black male who presents today,  he is
having an awful time getting the MRI done,  it looks like the workmen's comp folks are dragging their feet
and saying we are not cooperating with them when we have tried to get hold of them and tried to work with
them as well as work release.  We certainly don't have anything to gain by not helping Jerry out.   Jerry is
still hurting in the right side of his neck.  He has been to A & I and evidently Dr. Tomescu offered to put a
shot in his neck but he was afraid to have that done.   He says he is losing feeling in his arm,  he has pain
that goes down his right arm and the main pain is on the right side of his neck.

### Nursing Intake
**Vital Signs**
Wt: **179** lbs.  T: **98.2** Deg F.  P: **93**  R: **20**  BP:**145/83**
**Chief Complaint:** follow up on neck pain
Right hand dominance
**Allergies:** No Known Allergies

### Health Maintenance
Patient declines PSA check this visit, increased risk of prostate cancer with elevated PSA level explained.
Patient declines prostate exam this visit, risk of prostate cancer explained.
Patient declines to receive Tetanus vaccine, risk of complications explained.
Patient declines to have rectal exam done, risk of colon cancer explained.
Patient declines to obtain stool specimens, risk of colon cancer explained.
Patient refuses to schedule sigmoidoscopy, risk of colon cancer explained.
Patient refuses to schedule colonoscopy, risk of colon cancer explained.
Patient declines to have lab work drawn, complications of coronary artery disease explained.
### PAST MEDICAL HISTORY
**Surgical History:**
 ankle

**Hospitalizations/Illnesses:**

### Family History
Family Hx reviewed this visit, no changes
**TB:** None
**Diabetes:** Mother
**Heart Attack:** Sibling
**Cancer:** None
**High Blood Pressure:** Sibling
**Stroke:** Sibling

**IOD, INC**

REMITTANCE ADDRESS:
PO BOX 19058
GREEN BAY  WI 54307-9430
Phone: (866)420-7455
Fax  : (920)406-3771

# I N V O I C E

| | |
|---|---|
| Invoice No. | : 30-18-670 |
| Invoice Date | : 11/17/2006 |
| Sales Code | : WT2345 |
| Class / Type | : PAT / PAT |
| Price Class | : PAT |
| EIN | : 65-0765287 |

JERRY STEPHENSON                                        Account #: 0000
KLK
HAMILTON, AL 35570

Patient:   JERRY STEPHENSON                Birth Date:  07/02/1951
Hospital:  HAMILTON MEDICAL CLINIC
RequestNo: 1026   Request Date: 10/20/2006   Reference #: 419664223
-----------------------------------------------------------------------------
     Please cut along the dotted line and return the above stub with your payment

### SUMMARY OF CHARGES FOR MEDICAL RECORDS

| CODE | SERVICE RENDERED | UNIT AM'T | QTY. | TAX | EXT. AM'T |
|------|------------------|-----------|------|-----|-----------|
| 10 | COPY CHARGE | 1.0000 | 25 | N | 25.00 |
| 10 | COPY CHARGE | 0.5000 | 4 | N | 2.00 |

|  |  |
|---|---|
| POSTAGE: | 1.59 |
| TAX: | 0.00 |
| LESS: PAID IN ADVANCE: | -28.59 |

TERMS: DUE IMMEDIATELY                                              0.00

PAYMENT INFORMATION: Please submit your check or credit card payment by calling
1-800-584-1217 or visiting our website at www.sourcecorp.com and selecting
Medical Record Payments.
              CONFIRMATION #: _____

   PLEASE RETURN THE TOP STUB WITH YOUR PAYMENT AND KEEP BOTTOM PART FOR YOUR RECORDS.

North Mississippi Medical Center(s) and Clinics (NMMC)

AUTHORIZATION FOR USE AND DISCLOSURE OF INFORMATION

Patient Name _Jerry Stephenson_____

Address _____

Patient Social Security Number _____

Date of Birth _7 · 2 · 1951_____ Phone Number _____

Date (s) of Service _6 · 2 · 06 to present_____

Describe information to be used or disclosed): _____
_____
_____

I authorize ___DR Kerr_____ to use or to disclose my individually
(Name of Person or Organization authorized to use or disclose information)

identifiable health information as described above to __Self_____
(Name of person or organization authorized to receive information)

_____
mailing address          City          State          Zip Code          phone number

for the purpose of:
_____
_____

NOTICE TO PATIENT: You or your authorized representative may inspect and/or obtain a copy of health information to be used or disclosed as permitted under state or federal law in accordance with NMMC's policies.

There will be a cost for copies. Fee schedule available upon request.

I understand that I may revoke this authorization by signing a Revocation of Authorization form and returning it to NMMC. To request a Revocation of Authorization form, I may contact:

> North Mississippi Medical Center(s) and Clinics
> 830 S. Gloster St.          Tupelo, MS 38801
> Attn: Record Custodian

I understand that if I revoke this authorization, my revocation will not have any effect on actions which NMMC took in reliance upon my authorization before it received my revocation.

I understand that NMMC will not condition my treatment or payment for health care services on my completing and signing this authorization.

I understand that the organization authorized to receive the information may also disclose my health information and that my information may no longer be protected by federal privacy regulations.

This authorization will expire _____ (specific date/event required).

_Jerry Stephenson_____          Date: _____
(Signature of patient or patient's representative)

Representative's authority_____

| | |
|---|---|
| ☐ DS | ☑ PROGRESS NOTES |
| ☐ HP | ☐ ORDERS |
| ☐ ER | ☐ MEDICATIONS |
| ☐ CONC | ☐ VERBAL INFO |
| ☐ OR | ☐ NURSES NOTES |
| ☐ EKG | ☐ MINIMUM NECESSARY |
| ☐ PATH | ☐ ENTIRE |
| ☐ XRAYS | ☐ OTHER |
| ☐ LABS | |

2859

SOURCECORP®
Date _0-0-06_ Req. # _1026_
# PGS _04_  Initials _CK_
# Fiche_____ # Computer_____

NOTE: This authorization may not be used for research purposes.          Effective April 14, 2003