RECEIVED 2:06CV1138-MHT

| State of Alabama<br>Unified Judicial System<br><br>Form C-10A<br>Page 1 of 2    Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP<br>2006 DEC -A 10:07 | Case Number |
|---|---|---|

IN THE __United States District__ COURT OF __Montgomery__, ALABAMA
   (Circuit, District, or Municipal)      (Name of County or Municipality)
            MIDDLE DISTRICT

STYLE OF CASE: __Jerry Stephenson__ v. __Buccaneer Hamilton AL__
                Plaintiff(s)              Defendants(s)

TYPE OF PROCEEDING __Lawsuit__ CHARGE(s) (if applicable): __Neglect__

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) -- I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.
☐ DELINQUENCY / NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child / me

**AFFIDAVIT**

SECTION 1.

1. IDENTIFICATION
   Full name __Jerry Stephenson__ Date of Birth __7/2/51__
   Spouse's Full name (if married) ____
   Complete Home address ____
   
   Number of people living in household ____
   Home telephone number __1401 Hwy 20 East Decatur work-release__
   Occupation / Job __Frame painter Axle man__ employment __9 mos before I got hurt__
   Driver's license number ____ *Social Security Number __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__
   Employer __Buccaneer Homes__ Employer's telephone number ____
   Employer's address __330 Buccaneer St PO Box 148 Hamilton AL 35570__

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply)
   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other ____

3. INCOME / EXPENSE STATEMENT

   Monthly Gross Income:
      Monthly Gross Income                                                  $ __None__
      Spouse's Monthly Gross Income (unless a marital offense)              ____
      Other Earnings: Commissions, Bonuses, Interest Income, etc,           ____
      Contributions from Other People Living in Household                   ____
      Unemployment / Workmen's Compensation,
        Social Security, Retirements, etc,                                  ____
      Other Income (be specific) ____                                       ____
            TOTAL MONTHLY GROSS INCOME                                      $ ____

   Monthly Expenses:
      A. Living Expenses                                                    $ __None__
         Rent / Mortgage                                                    ____
         Total Utilities: Gas, Electricity, Water, etc                      ____
         Food                                                               ____
         Clothing                                                           ____
         Health Care / Medical                                              ____
         Insurance                                                          ____
         Car Payment(s) / Transportation Expenses                           ____
         Loan Payment(s)                                                    ____
*OPTIONAL

| Form C-10 Page 2 of 2   Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |

Monthly Expenses:(cont'd page1)
    Credit Card Payment(s)                                _____
    Educational / Employment Expenses              _____
    Other Expenses (be specific) _____
_____          _____

                             Sub-Total                                        A $_____

    B.     Child Support Payment(s) / Alimony               $_____
                          Sub-Total                                        B $_____
    C.     Exceptional Expenses                                $_____

            TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)      $_____

Total Gross Monthly Income Less total monthly expenses:

                           DISPOSABLE MONTHLY INCOME                         $_____

4.     LIQUID ASSETS:
         Cash on Hand/Bank (*or otherwise available such as stocks,*
         *bonds, certificates of deposit*)                             $_____
         Equity in Real Estate (value of property less what you owe)      _____
         Equity in Personal Property, etc. (such as the value of
         motor vehicles, stereo, VCR, furnishing, jewelry, tools,
         guns, less what you owe)                                     _____
         Other (*be specific*)
         Do you own anything else of value? ☐ Yes ☐ No
         (land, house, boat, TV, stereo, jewelry)
         If so, describe _____      _____
_____
                             TOTAL LIQUID ASSETS                                   $_____

5.     Affidavit / Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury, I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel,

Sworn to and subscribed before me this

                                                            Affiant's Signature

_____ day of _____, _____

                                                            Print or Type Name
     Judge / Clerk / Notary

## ORDER OF COURT

**SECTION II**
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his / her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this_____ day of _____

                                                                 Judge

FOR USE BY INCARCERATED PERSONS

RECEIVED

2006 DEC 27 A 10:07

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: **Jerry Stephenson**

   Present mailing address: _____

2. Are you presently employed?                                Yes _____   No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   Monthly earnings: **NONE**

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   Date last worked: **5-11-06**

   Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?      Yes _____   No ✓

   (b) Interest, dividends, rents, or investment income of any kind?  Yes _____   No ✓

1

    (c)    Pensions, annuities, or life insurance payments?    Yes \_\_\_\_    No ✓

    (d)    Gifts or inheritances?    Yes \_\_\_\_    No ✓

    (e)    Any other sources?    Yes \_\_\_\_    No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4.    How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ _0_

5.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes \_\_\_\_    No ✓

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_Cheryl Turner 2 Grandsons Another Dauther Jerri Bolding_

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: _____                _Jerry Stephenson_
                                          SIGNATURE OF PLAINTIFF