| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to:<br>*Clerk of Court, Northern District*<br>*United States Dist. Court 06cv1138*<br>*Hugo L. Black U.S. Courthouse  Transfer Case*<br>*1729 Fifth Ave. N.*<br>*B'ham AL 35203* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 8193 1156 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540