Jerry Stephenson
707 3rd St. N.W.
Decatur, AIA 35601
A#S
125975



CASE NO
2:06 CV-1138
(MHT)
United States District
Court
Clerk Office
Montgomery Alabama
36101-0711